UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| GUSTAVO CORRALES CASTILLO, et al.,<br><br>Petitioners,<br><br>v.<br><br>CAMMILLA WAMSLEY, et al.,<br><br>Respondents. | Case No. 2:25-cv-02172-TMC<br><br>ORDER GRANTING IN PART PETITIONERS' MOTION FOR ORDER TO SHOW CAUSE |

On November 1, 2025, Petitioners filed a petition for writ of habeas corpus alleging that Respondents had unlawfully subjected them to mandatory detention without the possibility of release on bond under 8 U.S.C. § 1225(b)(2). Dkt. 1 ¶¶ 31–35. The same day, Petitioners moved for the Court to issue an order requiring Respondents to show cause, within three days, why the writ of habeas corpus should not be granted. Dkt. 2 at 1. Having reviewed the petition and accompanying motion, the Court determines that additional time is warranted given the Immigration Judge's determination that Petitioner Rosa Padilla-Paz is subject to mandatory detention for the additional reason that she presents a flight risk or danger to the community. Dkt. 1 ¶ 12; Dkt. 3-9 at 2. The Court therefore GRANTS the motion IN PART. *See* 28 U.S.C.

§ 2243 (requiring return "within three days unless for good cause additional time, not exceeding twenty days, is allowed").

Accordingly, the Court orders:

1. Respondents shall file a return to the habeas petition no later than November 12, 2025. Any arguments that the petition should be dismissed shall be made in the return and not by separate motion.

2. Any traverse Petitioners wish to file shall be due by November 14, 2025. The clerk shall note the habeas petition for November 14, 2025.

3. Respondents shall provide Petitioners and Petitioners' counsel in this habeas action at least 48 hours' notice (or 72 hours' notice if the period extends into the weekend) prior to any action to move or transfer any Petitioner from the Northwest Immigration and Customs Enforcement Processing Center or to remove them from the United States.

4. The clerk is directed to effectuate immediate service of the habeas petition filed in this case upon Respondents and shall immediately email a copy of this order to usawaw.Habeas@usdoj.gov.

Dated this 5th day of November, 2025.

Tiffany M. Cartwright
United States District Judge

ORDER GRANTING IN PART PETITIONERS' MOTION FOR ORDER TO SHOW CAUSE - 2