# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| GUSTAVO CORRALES CASTILLO, et al., <br><br> Petitioners, <br><br> v. <br><br> CAMMILLA WAMSLEY, et al., <br><br> Respondents. | **JUDGMENT IN A CIVIL CASE** <br><br> Case Number 2:25-cv-02172-TMC |

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The Petition for writ of habeas corpus is GRANTED IN PART and DENIED IN PART with the relief ordered in Dkt. 13.

Dated November 17, 2025.

                                                 Ravi Subramanian
                                                 Clerk of Court

                                                 Deputy Clerk